# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00153-CR

**The State of Texas, Appellant**

**v.**

**Frances Anita Robinson, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
## NO. CR2013-267, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The State of Texas has filed a motion to stay all proceedings in the district court below pending this Court's disposition of the State's interlocutory appeal of the district court's order granting appellee Frances Anita Robinson's motion to suppress.[1] The State is statutorily entitled to a stay under these circumstances.[2] Accordingly, we grant the State's motion and order a stay of the proceedings below pending our disposition of the State's appeal.

It is ordered on March 20, 2015.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish

---

[1] *See* Tex. Code Crim. Proc. art. 44.01(a)(5).

[2] *See id*. art. 44.01(e).